## IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

LOLITA PENNINGTON, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE
ESTATE AND WRONGFUL DEATH
BENEFICIARIES OF ANDRIANA HALL,
ANDRE LAMONT HALL,
ASHLEY HALL, EBONI DABNEY, and
SANDRA DABNEY, AS NEXT FRIEND
TO J.J.D. AND J.R.D., MINORS

       Plaintiffs,

v.                                              Civil Action Number: 3:16-cv248-NBB-JMV

SHARANJIT PARMAR,
PARMAR TRUCKLINES,
UPS GROUND FREIGHT INC
A/K/A UNITED PARCEL SERVICE,

       Defendants.

## AFFIDAVIT OF MIKE C. ANDREWS, Ph.D.

MIKE C. ANDREWS, Ph.D., being first duly sworn, deposed and states:

1.     My name is Mike C. Andrews, Ph.D. I reside in Granbury, Texas. I am an adult, competent to testify, and have personal knowledge of the facts recited in this affidavit.

2.     I have been retained by Plaintiffs' counsel, in the case of <u>Lolita Pennington, et. al. v. UPS Ground Freight, Inc., et. al.</u> as an accident reconstruction consultant and expert witness in regards to the April 14, 2016 accident involving Andriana Hall.

3. I previously provided to counsel for Plaintiffs the date of February 6, 2018, when I could be made available for deposition at the offices of Plaintiffs' counsel in Dallas, TX.

4. On December 6, 2017, counsel for Defendant UPS Ground Freight, Inc., noticed my deposition for December 13, 2017 at the offices of Bridgeforth and Buntin, PLLC in Southhaven, MS.

5. I did not agree to availability for a December 13, 2017 deposition date and cannot be available at that time. I also did not agree to the location.

I am competent to make this affidavit and facts contained herein are true.

*[signature: Mike C. Andrews]*

Mike C. Andrews, Ph.D.

Subscribed and sworn to before me this 7th day of December, 2017.

*[signature: Sarah Williams]*

Notary Public

In and For the State of Texas

SARAH WILLIAMS
Notary Public, State of Texas
Comm. Expires 08-31-2021
Notary ID 125946780

My commission expires: 8-31-21

Affidavit of Mike C. Andrews, Ph.D.
Page 2 of 2