# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| LOLITA PENNINGTON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE AND WRONGFUL DEATH BENEFICIARIES OF ANDRIANA HALL, | )<br>)<br>)<br>) Civil Action No.: 3:16cv248-NBB-JMV |
| *Plaintiffs*, | )<br>) |
| vs. | ) **JURY TRIAL DEMANDED**<br>)<br>) |
| SHARANJIT PARMAR,<br>PARMAR TRUCKLINES,<br>UPS GROUND FREIGHT INC.<br>a/k/a UNITED PARCEL SERVICE, | )<br>)<br>)<br>) |
| *Defendants*. | ) |

Before the Court is Plaintiffs' motion to quash notices of expert depositions [58]. Consistent with the Court's ruling during a telephonic hearing held today, the motion is GRANTED.

The notices of depositions were made without consultation as to the availability of the deponents and/or Plaintiff's' counsel and were for dates within just days of the notices. Accordingly, the motion to quash is well taken, and the notices of depositions are quashed.

During the course of the hearing, the parties indicated an inability or unwillingness to voluntarily set the remaining depositions in the case within the existing deadlines which, absent a trial continuance, cannot be further extended. The Court, accordingly, orders that the remaining depositions–the two 30(b)(6) depositions of Defendants, the Plaintiffs' experts' depositions, and Defendants' expert deposition(s)--shall be taken in the following order: 30(b)(6) depositions; Plaintiffs' expert depositions; Defendants' expert depositions. Defendants' expert designation

deadline is, and shall remain, December 19, 2017. The parties are required to settle on dates for completion of these depositions in this order and within the current deadlines. However, the parties may mutually agree not to take one or more of the depositions or may seek a trial continuance which, if promptly granted, may permit deposition scheduling to be reconsidered.

SO ORDERED this 8th day of December, 2017.

/s/ Jane M. Virden
U. S. Magistrate Judge