IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LOLITA PENNINGTON, Individually and
As Representative of the Estate and Wrongful
Death Beneficiaries of ANDRIANA HALL,                      PLAINTIFFS,

v.                                      Civil Action No.:  3:16cv248-NBB-JMV

SHARANJIT PARMAR, PARMAR TRUCKLINES,
UPS GROUND FREIGHT, INC., a/k/a
UNITED PARCEL SERVICE,                                     DEFENDANTS.

ORDER
GRANTING DEFENDANT SHARANJIT PARMAR D/B/A PARMAR TRUCKLINES'
MOTION TO ALLOW DEPOSITION OF
DEFENDANT UPS'S 30(b)(6) CORPORATE REPRESENTATIVE
WITHOUT THE PRESENCE OF LOCAL COUNSEL, JAMES M. SIMPSON

By Consent of the parties, as evidenced by this Agreed Order Granting Motion To Allow Deposition of Defendant UPS's 30(b)(6) Corporate Representative without the Presence of Local Counsel, James M. Simpson, and based on the entire record in this case, the Court finds that the motion is well taken and should be granted. The Deposition of UPS's 30(b)(6) Corporate Representative may take place on Friday, December 15, 2017, without the presence of local counsel, James M. Simpson. Defendant Sharanjit Parmar may be represented at the deposition by *pro hac vice* counsel James B. Summers. **All counsel attending the deposition are required to review the guidelines for conducting depositions posted on the Mississippi Bar website and conduct the deposition accordingly.**

**IT IS SO ORDERED** this 12th day of December, 2017.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE

So Approved:

/s/JAMES M. SIMPSON
JAMES M. SIMPSON, MS BAR NO. 103823
JAMES B. SUMMERS, *pro hac vice*
ALLEN, SUMMERS, SIMPSON,
LILLIE & GRESHAM, PLLC
80 Monroe Avenue, Suite 650
Memphis, Tennessee 38103
Telephone: 901-763-4200
Facsimile: 901-684-1768
jsimpson@allensummers.com
jsummers@allensummers.com

ATTORNEYS FOR DEFENDANTS SHARANJIT PARMAR
and PARMAR TRUCKLINES


/s/TAYLOR BUNTIN (w/permission jms)
TAYLOR BUNTIN, MS BAR NO. 7525
BRIDGFORTH & BUNTIN, PLLC
5293 Getwell Road
Southaven, Mississippi 38672
Telephone: 662-393-4450
Facsimile: 662-342-5646
taylor@bridgforthbuntin.com



/s/STEWART D. MATTHEWS (w/permission jms)
E. TODD TRACY, *pro hac vice*
STEWART D. MATTHEWS, *pro hac vice*
ANDREW G. COUNTS, *pro hac vice*
THE TRACY LAW FIRM
4701 Bengal Street
Dallas, Texas 75235
Telephone: 214-324-9000
Facsimile: 972-387-2205
ttracy@vehiclesafetyfirm.com
smatthews@vehiclesafetyfirm.com
acounts@vehiclesafetyfirm.com


ATTORNEYS FOR PLAINTIFF

/s/ROBERT A COX (w/permission jms)
ROBERT A. COX, MS BAR NO. 104711
RONNA D. KINSELLA, NO. 101884
GLASSMAN, WYATT, TUTTLE & COX, P.C.
26 N. Second Street
Memphis, Tennessee 38103
Telephone:  901-527-4673
Facsimile:   901-527-0940
rcox@gwtclaw.com
rkinsella@gwtclaw.com


/s/PHILLIP SHANE O'NEILL (w/permission jms)
JONATHAN R. FRIEDMAN, *pro hac vice*
PHILLIP SHANE O'NEILL, *pro hac vice*
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL
3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
Telephone:  404-876-2700
Facsimile:   404-875-9433
jfriedman@wwhgd.com
soneill@wwhgd.com

ATTORNEYS FOR DEFENDANT
UPS GROUND FREIGHT, INC.
a/k/a UNITED PARCEL SERVICE