

# RUST COLLEGE

150 Rust Avenue * Holly Springs, MS 38635 * (662) 252-8000 Ext. 4057 * Fax (662) 252-2258

OFFICE OF THE REGISTRAR
Clarence E. Smith, Registrar

To Whom It Concerns,

Please find enclosed the following documents on Ms. Adrianna Hall:

- Hinds Community College Transcript
- Rust College Application for Admission
- Northwest Mississippi Community College Transcript
- Rust College Academic Transcript

If you have any further questions, please feel free to call the Registrar office at 662-252-8000 ext.4057.

Clarence E. Smith, Registrar


"An Institution of the United Methodist Church"


Exhibit 3

**STUDENT**
HALL ANDRIANA LATRICE
1261 DEEB ST.
PEARL MS 39208

**MAIL TO**
MAIL TO:
6103452A

*Sent to Reg*
*JAN -5 2016*

**TRANSCRIPT**

| SSN | DOB | STUDENT ID |
|---|---|---|
| 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 | 06/21/1995 | 1694331 |

Current Standing: DEANS' LIST

| TERM | COURSE | TITLE | GRAD | CRED/ | Pts |
|---|---|---|---|---|---|
| | | | | CEU | |
| FL15 | HIS-2213 | AMERICAN (US) HISTORY 1 | B | 3.00 | 9.00 |
| | MFL-1213 | ELEMENTARY SPANISH 1 | A | 3.00 | 12.00 |
| | SOC-2113 | INTRODUCTION TO SOCIOLOGY | B | 3.00 | 9.00 |
| | SPT-1113 | PUBLIC SPEAKING 1 | A | 3.00 | 12.00 |
| | ENG-2423 | WORLD LITERATURE 1 | A | 3.00 | 12.00 |
| | PHI-2113 | INTRO. TO PHILOSOPHY 1 | W | 0.00 | ..... |

TERM TOTALS HA: 15.0  HP: 15.0  GPTS: 54.0  GPA: 3.600
CUM TOTALS  HA: 15.0  HP: 15.0  GPTS: 54.0  GPA: 3.600
SCHOLASTIC STANDING: DEANS' LIST

| SP16 | MFL-1223 | SPANISH 2 | IP | ..... |
|---|---|---|---|---|
| | PHY-2243 | PHYSICAL SCIENCE SURVEY 1 | IP | ..... |
| | PHY-2241 | PHYSICAL SCIENCE SURVEY LA | IP | ..... |
| | PHI-2113 | INTRO. TO PHILOSOPHY 1 | IP | ..... |
| | HIS-2223 | AMERICAN (U.S.) HISTORY 2 | IP | ..... |
| | LLS-1312 | ORIENTATION | IP | ..... |

TERM TOTALS HA: 0.0  HP: 0.0  GPTS: 0.0  GPA: 0.000
CUM TOTALS  HA: 15.0  HP: 15.0  GPTS: 54.0  GPA: 3.600
SCHOLASTIC STANDING: IN PROGRESS

******* END OF ACADEMIC RECORD ********

Hinds Community College   01/06/2016   Page 1 of 1

# HINDS COMMUNITY COLLEGE

Registrar's Office
P.O. Box 1100
Raymond, MS 39154
601-857-3212

JAN -5 2016

**Accreditation** – Hinds Community College is accredited by the Southern Association of Colleges and Schools Commission on Colleges (1866 Southern Lane, Decatur, Georgia 30033-4097---(404)679-4501) to award the Associate in Arts degree, the Associate in Applied Science degree, and technical and career certificates.
Accredited by MS Commission on College Accreditation
Member of MS Association of Community & Junior Colleges
Member of MS Association of Colleges
Member of American Association of Community & Junior Colleges
Member of Mississippi Virtual Community College

**Calendar** – The college's academic year consists of two 16-week semesters including two 8-week terms, and a summer semester with two 4-week terms and one 8-week term. A two-week mini-term is offered between spring and summer semesters.

**Unit of Credit** – Semester hours

**Grading System** – Letter grades are used to designate the quality of work done.

| Grade | Quality Points | Description |
|---|---|---|
| A | 4 | Excellent |
| B | 3 | Good |
| C | 2 | Average |
| D | 1 | Poor |
| F | 0 | Failing |
| I | 0 | Incomplete (computed in GPA as an "F" grade, incomplete grades must be completed within the following spring or fall term.) |
| P | 0 | Passing |
| NC | 0 | No Credit |
| W | 0 | Withdrawal |
| AU | 0 | Audit |
| WP | 0 | Withdrew Passing |
| WF | 0 | Withdrew Failing |
| S | 0 | Satisfactory Progress |
| X | 0 | Withdrawal |
| IP | 0 | In Progress |

**Grade Point Average** – The GPA is computed by dividing grade points by hours attempted. GPA is only computed for credit course work taken at Hinds Community College.

**Repeated Courses** – For courses that have been repeated and are denoted with an "*", the following conditions apply: (1) only the hours attempted during the second attempt are computed in the GPA, (2) the transcript shows the original and the repeated grade, and (3) only one grade per course may be used to complete degree requirements. For courses that have been repeated, but are not denoted with an "*", the above conditions apply with the exception that all hours attempted are computed in the GPA.

**Scholastic Restart** – Any former student who has not been enrolled at any time during the preceding two years is eligible to be admitted one time only using the Scholastic Restart provisions. The GPA for Scholastic Restart students is based on work attempted after restart date. Courses before restart are denoted with an "*."

**Transfer Work** – Approved transfer hours may be counted toward degree requirements but are not computed in the GPA.

**Scholastic Standing** – A student in good standing will be noted by a scholastic standing of President's List, Deans' List, or Good Standing. Conversely, a student who is not in good standing will be noted by a scholastic standing of Scholastic Probation or Scholastic Suspension.

**Readmission Eligibility** – A student in good standing or scholastic probation is eligible for re-entry unless otherwise noted on transcript. A student who is placed on scholastic suspension is eligible to apply for re-entry after non-matriculation at Hinds for one fall or spring semester. Information on non-scholastic suspensions are not recorded on the transcript, but may be obtained from the Dean of Student's Office with written permission of the student.

**Graduation Honors** – Graduation honors are designated using the following scale:

| | | |
|---|---|---|
| 4.0 GPA | Summa Cum Laude | Highest Honors |
| 3.60 – 3.99 | Magna Cum Laude | Special Honors |
| 3.20 – 3.59 | Cum Laude | Honors |

**Developmental Courses** – Developmental instruction is offered to prepare students for success in traditional college courses. Courses with a "0" in the first or third digit with the following prefixes are considered developmental (pre-college level) courses: EDU, MAT, ENG, REA, RSV, LLS, and SPT. Examples would be REA 0113 or REA 1103. Intermediate Algebra (MAT 1233) is considered to be a developmental course by some institutions.

**Privacy Act** – This transcript is being released under the provisions of the Family Educational Rights and Privacy Act of 1974. Information contained herein is confidential and should not be released without written authorization from the student. Further Disclosure Notification: When no longer required, this transcript must be properly destroyed. Failure to comply with these conditions will result in the termination of your right to request records from us for a period of not less than five (5) years.

This information is accurate as of 11/1/2014. If further clarification is needed, please contact the District Admissions and Records Office at (601) 857-3212.

---

**TO TEST FOR AUTHENTICITY:** This transcript was delivered through the eSCRIP-SAFE® Global Transcript Delivery Network. The original transcript is in electronic PDF form. The authenticity of the PDF document may be validated at escrip-safe.com by selecting the Document Validation link. A printed copy cannot be validated.

This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

# Official Academic Transcript from
# Hinds Community College

JAN -5 2016

## Statement of Authenticity

This official academic transcript has been delivered to you through eSCRIP-SAFE, the Global Electronic Transcript Delivery Network, provided by Credentials eScrip-Safe, 9435 Waterstone Blvd, Suite 260, Cincinnati, OH 45249, 1-847-716-3805. Credentials eScrip-Safe has been appointed and serves as the designated delivery agent for this sending school, and verifies this sender is recognized by the accreditation source identified below

This official academic transcript was requested, created, and released to the recipient following all applicable state and federal laws. It is a violation of federal privacy law to provide a copy of this official academic transcript to anyone other than the named recipient.

This PDF document includes: the cover page, the official academic transcript from the sending school, and the academic transcript legend guide.

The authenticity of the PDF document may be validated at the Credentials eScrip-Safe website by selecting the Document Validation link. A printed copy cannot be validated.

Questions regarding the content of the official academic transcript should be directed to the sending school.

## Sending School Information

Hinds Community College
Randall Harris
501 East Main Street
P.O. Box 1100
Raymond, MS 39154-1100
Telephone: 601-857-3212
School Web Page: http://www.hindscc.edu
Registrar Office Web Page: http://www.hindscc.edu/Admissions
Course Catalog Web Page: http://www.hindscc.edu/Documents
Accreditation: Southern Association of Colleges and Schools, Commission on Colleges (SACSCOC)

## Student Information

Student Name: HALL ANDRIANA LATRICE
Numeric Identifier: 1694331
Birth Date: 05/21/1995
Student Email: andrianalh13@gmail.com

## Receiver Information

Rust College, All Admissions
150 Rust Ave
Holly Springs, MS 38635

*e*SCRIP-SAFE®

## Document Information

Transmitted On: Wed, 06 January 2016
Transcript ID: TRAN000008814595

Save this PDF document immediately.
It will expire from the eSCRIP-SAFE server 24 hours after it is first opened.
Validate authenticity of the saved document at escrip-safe.com.

This document is intended for the above named receiver.
If you are not the identified receiver please notify the sending school immediately.

Transcripts marked 'Issued to Student' are intended for student use only.
Recipients should only accept academic transcripts directly from the sending school.

# Rust College Application Form: Hall,Andriana

notifications@typeform.com
**Sent:** Monday, January 04, 2016 9:39 AM
**To:** Admissions

Dear Rust College Enrollment Team,

Your Rust College Application Form has a new entry. Here are the results:



- **What is your first name?**
  Andriana

- **What is your middle name?**
  Latrice

- **What is your last name?**
  Hall

- **Any other names which documents can be found?**
  N/a

- **What is your email address?**
  andrianalh13@gmail.com

- **What is your permanent mailing address?**
  507 Lockridge St

- **City?**
  Tupelo

- **Which state?**
  MS Mississippi

- **Zip code?**
  38804

- **What are the best phone numbers to reach you?**
  4089135920

- **What is your social security number?**
  359902302

- **What is your date of birth?**
  05211995

- **What is your place of birth?**
  Chicago, Illinois

- **Are you male or female?**
  Female

- Are you a U.S. Citizen?
  Yes

- If not, what is your country of citizenship?
  Not answered

- Are you Hispanic or Latino? *This information will be used in a non-discriminatory manner, consistent with applicable civil rights laws.*
  No

- How do you describe yourself? *This information will be used in a non-discriminatory manner, consistent with applicable civil rights laws.*
  Black, non-Hispanic

- What high school did you attend?
  Tupelo High School, Tupelo, MS

- What year did you graduate?
  2013

- What is your High School Cumulative Grade Point Average (CGPA)?
  3.2

- What is your ACT/SAT Composite score?
  19

- List all colleges attended:
  Northwest Mississippi Community College, Hinds Community College

- What is your College Cumulative Grade Point Average?
  3.0

- I plan to enroll at:
  Holly Springs (main campus),

- I plan to attend:
  Spring - 3rd Module, Spring - 4th Module,

- What is your Residential Status?
  OFF Campus

- Do you have a religion or church affiliation?
  Christianity

- Are you a member of The United Methodist Church?
  No

- Are you a Clergy member?
  No

- What degree are you interested in?

Sociology

- **I expect to be a:**
  Sophomore

- **I am:**
  a degree seeking student

- **I am an evening student with:**
  None of the above

- **Certification**
  Yes

Have a nice day :)
**Nilse Gilliam**
**Webmaster**
125f7d65a2032967e3c029770617189b

Unofficial Transcript
Pgm ID: ISHTI  Run By: STU

Page 1
01/06/16 09:31:17

Unofficial Transcript from: NORTHWEST MISSISSIPPI
COMMUNITY COLLEGE
4975 HWY 51 NORTH
SENATOBIA MS 38668

For Student: 252517  HALL ANDRIANA L

Current Program: PSY PSYCHOLOGY    Intent: DEGREE SEEKING
Option: AA ASSOCIATE IN ARTS    Catalog: FA15
Date Declared: 00/00/0000    Higher Ed GPA:
Classification: FRESHMAN    Institution GPA: 1.621
High School: TUPELO HIGH SCHOOL    Year: 2013
First Term: FA2013  Last: FA2015
Advisor: WATSON K A

Clear Standing

| FA2013 Course | Grade | Attm | Ernd | QP | Crs Status | Title | SchHr |
|---|---|---|---|---|---|---|---|
| BIO1131-06 | D | 1.000 | 1.000 | 1.000 | | GEN BIOLOGY I LAB | 1.000 |
| BIO1133-05 | C | 3.000 | 3.000 | 6.000 | BIO 130 | GEN BIOLOGY I MAJOR ONLY | 3.000 |
| ENG1113-07 | A | 3.000 | 3.000 | 12.000 | En G-134 | ENGLISH COMP I | 3.000 |
| MAT1313 | A | 3.000 | 3.000 | 12.000 | Math 132 | COLLEGE ALGEBRA | 3.000 |
| MUS1113-03 | D | 3.000 | 3.000 | 3.000 | | MUSIC APPRECIATION | 3.000 |
| | Term | 13.000 | 13.000 | 34.000 | QPA:2.615 Pro:PVT/ Intent: CC: | | |
| | Cum | 13.000 | 13.000 | 34.000 | QPA:2.615 CT: FT:Y DV: | | |

| SP2014 Course | Grade | Attm | Ernd | QP | Crs Status | Title | SchHr |
|---|---|---|---|---|---|---|---|
| BIO1141-03 | D | 1.000 | 1.000 | 1.000 | | GEN BIO II LAB | 1.000 |
| BIO1143 | F | 3.000 | | | | GEN BIOLOGY II | 3.000 |
| ENG1123 | B | 3.000 | 3.000 | 9.000 | EnG-136 | ENGLISH COMP II | 3.000 |
| MAT1323-01 | F | 3.000 | | | | TRIGONOMETRY | 3.000 |
| PSY1513-03 | D | 3.000 | 3.000 | 3.000 | | GEN PSYCHOLOGY | 3.000 |
| SPT1113-06 | F | 3.000 | | | | PUBLIC SPEAKING | 3.000 |
| | Term | 16.000 | 7.000 | 13.000 | QPA:.813 Pro:PVT/ Intent: CC: | | |
| | Cum | 29.000 | 20.000 | 47.000 | QPA:1.621 CT: FT: DV: | | |

| FA2015 Course | Grade | Attm | Ernd | QP | Crs Status | Title | SchHr |
|---|---|---|---|---|---|---|---|
| BIO1121-05 | W | | | | DR 08/28/2015 | PRINCIPLES OF BIOLOGY II, LAB | 1.000 |
| BIO1123-05 | W | | | | DR 08/28/2015 | PRINCIPLES OF BIOLOGY II, LECT | 3.000 |
| CSC1113-24 | W | | | | DR 08/28/2015 | COMPUTER CONCEPTS | 3.000 |
| HIS2213-09 | W | | | | DR 08/28/2015 | AMERICAN (U.S.) HISTORY I | 3.000 |
| MFL1213-05 | W | | | | DR 08/28/2015 | SPANISH I | 3.000 |
| PSY1523-04 | W | | | | DR 08/28/2015 | GENERAL PSYCHOLOGY II | 3.000 |
| SOC2113-02 | W | | | | DR 08/28/2015 | INTRO TO SOCIOLOGY | 3.000 |
| | Term | | | | QPA: Pro:PSY/AA ND Intent:DS CC:01 | | |
| | Cum | 29.000 | 20.000 | 47.000 | QPA:1.621 CT: FT:Y DV:D | | |

Unofficial Transcript
Pgm ID: ISHTI  Run By: STU

Page 2
01/06/16 09:31:17

08/28/2015 WD WITHDRAWN

Hall, Andriana L. (Student)
All Sites

Hinds Community College JAN -4

*Sent to Reg*

### Student

Hinds Portal > Student > WebAdvisor

### Transcript

1694331 Andriana Hall

| Course/Section and Title | Grade | Credits | CEUs | Repeat | Term |
|---|---|---|---|---|---|
| HIS-2223 RYCA American (U.S.) History 2 | | | | | SP16C16 |
| LLS-1312 RY48 Orientation | | | | | SP16C81 |
| MFL-1223 RYAA Spanish 2 | | | | | SP16C16 |
| PHI-2113 RYCA Intro. to Philosophy 1 | | | | | SP16C16 |
| PHY-2241 RYCA Physical Science Survey Lab 1 | | | | | SP16C16 |
| PHY-2243 RYAA Physical Science Survey 1 | | | | | SP16C16 |
| PHI-2113 H1AB Intro. to Philosophy 1 | W | 0.00 | | | FL15V16 |
| ENG-2423 JKAC World Literature 1 | A | 3.00 | | | FL15C16 |
| HIS-2213 JKAA American (us) History 1 | B | 3.00 | | | FL15C16 |
| MFL-1213 JKAA Elementary Spanish 1 *SPA231* | A | 3.00 | | | FL15C16 |
| SOC-2113 JKAB Introduction to Sociology | B | 3.00 | | | FL15C16 |
| SPT-1113 JKAF Public Speaking 1 *SPC 130* | A | 3.00 | | | FL15C16 |

Total Earned Credits 15.00
Total Grade Points 54.00
Cumulative GPA 3.600

*Freshman:*
*Freshman needs — all courses except SPC 130, BIO 130,*
*ENG 134/136, Math 132*

*Need Official Copy*
*CB 1/6/16*

*CB 1/6/16*

Unofficial Transcript
Pgm ID: ISHTI Run By: STU

Page 3
01/06/16 09:31:17

Test Scores
ACT Eng Math Rdg Sci Comp Date Taken
21   19   16   21   19   01/02/2014



# RUST COLLEGE

150 Rust Avenue * Holly Springs, MS 38635 * (662) 252-8000 Ext. 4057 * Fax (662) 252-2258

02/15/17                    Official Transcript                         Page 1 of 1

OFFICE OF THE REGISTRAR
Clarence E. Smith, Registrar

Ms. Andriana L. Hall
507 Lockridge St                    ID Number: 0122040
Tupelo MS 38804
                                    Birth Date: 05/21/95
                                    Birth Name:

| Course | | Title | Grd R | Hrs Att | Hrs Cmpt | Grade Points | Course Dates |
|---|---|---|---|---|---|---|---|
| BIO | 130 | Biological Science | | 0.00 | 0.00 | 0.00000 | 09/01/13-12/15/13 |
| | | General Biology I | | 0.00 | 3.00 | 0.00000 | 09/01/13-12/15/13 |
| ENG | 134 | Composition I | | 0.00 | 0.00 | 0.00000 | 09/01/13-12/15/13 |
| | | Enlgish Comp I | | 0.00 | 3.00 | 0.00000 | 09/01/13-12/15/13 |
| MAT | 132 | College Algebra | | 0.00 | 0.00 | 0.00000 | 09/01/13-12/15/13 |
| | | College Algebra | | 0.00 | 3.00 | 0.00000 | 09/01/13-12/15/13 |
| ENG | 136 | Composition II | | 0.00 | 0.00 | 0.00000 | 09/01/14-12/15/14 |
| | | English Comp II | | 0.00 | 3.00 | 0.00000 | 09/01/14-12/15/14 |
| | | World Literature I | | 0.00 | 3.00 | 0.00000 | 09/01/15-12/15/15 |
| | | American (us) Hist | | 0.00 | 3.00 | 0.00000 | 09/01/15-12/15/15 |
| SPA | 231 | Elementary Spanish | | 0.00 | 0.00 | 0.00000 | 09/01/15-12/15/15 |
| | | Elementary Spanish | | 0.00 | 3.00 | 0.00000 | 09/01/15-12/15/15 |
| | | Jkab Introduction | | 0.00 | 3.00 | 0.00000 | 09/01/15-12/15/15 |
| SPC | 130 | Fundamentals of Sp | | 0.00 | 0.00 | 0.00000 | 09/01/15-12/15/15 |
| | | Jkaf Public Speaki | | 0.00 | 3.00 | 0.00000 | 09/01/15-12/15/15 |

             Non       Totals:  0.00  27.00   0.0000 GPA =  0.0000
             Cumulative Totals: 0.00  27.00   0.0000 GPA =  0.0000

| AEP | 211 | Academic Enrichmen | C | 0.50 | 0.50 | 1.0000 | 01/05/16-04/29/16 |

             2016SP     Totals:  0.50  0.50   1.0000 GPA =  2.0000
             Cumulative Totals: 0.50  27.50   1.0000 GPA =  2.0000

| HIS | 134 | The African Diaspo | B | 3.00 | 3.00 | 9.0000 | 01/05/16-02/27/16 |
| REL | 130 | Comparative Religi | C | 3.00 | 3.00 | 6.0000 | 01/05/16-02/27/16 |

             2016SP3    Totals:  6.00  6.00  15.0000 GPA =  2.5000
             Cumulative Totals: 6.50  33.50  16.0000 GPA =  2.4615

| SOC | 330 | Into to Criminal J | A | 3.00 | 3.00 | 12.00000 | 03/08/16-04/29/16 |
| PSC | 133 | Physical Science W | F | 3.00 | 0.00 | 0.00000 | 03/08/16-04/29/16 |

             2016S4     Totals:  6.00  3.00  12.0000 GPA =  2.0000
             Cumulative Totals: 12.50 36.50  28.0000 GPA =  2.2400

TOTALS: CRED.ATT = 12.50 CRED.CRT = 36.50 GRADE.PTS = 28.0000 GPA = 2.2400


*"An Institution of the United Methodist Church"*
