# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| LOLITA PENNINGTON, INDIVIDUALLY ) <br> AND AS REPRESENTATIVE OF THE ) <br> ESTATE AND WRONGFUL DEATH ) <br> BENEFICIARIES OF ANDRIANA HALL, ) <br>   ) <br> *Plaintiffs*, ) <br>   ) <br> vs. ) <br>   ) <br> SHARANJIT PARMAR, ) <br> PARMAR TRUCKLINES, ) <br> UPS GROUND FREIGHT INC. ) <br> a/k/a UNITED PARCEL SERVICE, ) <br>   ) <br> *Defendants.* ) | Civil Action No.:3:16cv248-NBB-JMV <br><br> **JURY DEMANDED** |

## DEFENDANT UPS GROUND FREIGHT, INC.'S MOTION TO STRIKE
## THE AFFIDAVITS OF DR. RALPH D. SCOTT AND RODNEY ELLIS

Defendant UPS Ground Freight, Inc. ("UPS"), by and through its counsel of record, Glassman, Wyatt, Tuttle & Cox, P.C., respectfully files this Motion to Strike the Affidavits filed by Plaintiff from her proposed experts Dr. Ralph Scott and Rodney Ellis in the above referenced case, both of which were filed by the Plaintiff in response to Defendant's pending *Daubert* Motions to Exclude each proposed witness. In support of this Motion, UPS would show as follows:

1. On February 2, 2018, Defendant filed two (2) *Daubert* Motions and supporting Memorandums of Law seeking to exclude the opinions and testimony of Plaintiff's proposed experts in this case, Dr. Ralph Scott and Rodney Ellis. (*See* Dkt 107, 108, 109, and 110.)

2. On February 16, 2018, Plaintiff filed her responses in opposition to each of these Motions, and in support of her opposition, provided the affidavits from both "experts" attempting to explain the gaps in both experts proposed opinions, the basis for their opinions, and the "methodology" purportedly used to reach such opinions. (See Affidavit of Rodney Ellis, attached as "Exhibit 1"; Affidavit of Dr. Scott, attached as "Exhibit 2.")

3. Defendant respectfully submits that these affidavits are little more than late-filed "supplements" to Plaintiff's expert disclosures, which were due on or before November 20, 2017.

4. Dr. Scott was deposed on January 9, 2018.

5. Ellis was deposed on January 16, 2018.

6. Discovery closed in this matter on January 23, 2018.

7. The Court previously admonished Plaintiff that she would not be permitted to use such "supplementations" to work around the deadlines set by the Court. Plaintiff has already faced one Motion to Compel in this matter based in no small part on her failure to identify and produce what documents and information her experts intended to rely upon in this case.

8. To the extent that these affidavits are nothing more than an attempt to bolster the proposed "experts" reports in this matter and provide information that should have been provided within the scheduling deadlines set by the Court, and the information itself was required to be disclosed previously under both the Uniform Local Rules and Rule 26 of the Federal Rules of Civil Procedure, Defendant submits that these affidavits should be stricken in their entirety and should not considered by the Court in response to Defendant's pending motions.

9. In further support of this Motion, Defendant has filed a Memorandum of Law contemporaneously herewith.

**WHEREFORE, PREMISES CONSIDERED**, for the reasons set forth herein and in the Memorandum in support of this Motion, UPS requests that the Court strike the affidavits of Dr. Ralph Scott and Rodney Ellis in their entirety. Defendant further requests all additional and further relief that the Court deems appropriate under the circumstances.

Respectfully submitted, this the 23rd day of February, 2018

*GLASSMAN, WYATT, TUTTLE & COX, P.C.*

/s/ Robert A. Cox
**ROBERT A. COX, ESQUIRE (MSB# 104711)**
**RONNA D. KINSELLA, ESQUIRE (MSB# 101884)**
26 N. Second Street
Memphis, Tennessee 38103
(901) 527-4673 – Telephone
(901) 527-0940 – Facsimile
rcox@gwtclaw.com
rkinsella@gwtclaw.com
*Our File No. 16-204*

Jonathan R. Friedman (*Pro hac vice*)
P. Shane O'Neill (*Pro hac vice*)
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326
404-876-2700(tel)
jfriedman@wwhgd.com
soneill@wwhgd.com

**CERTIFICATE OF SERVICE**

   I hereby certify that a Notice of Service concerning the foregoing pleading was filed via the Court's CM/ECF system, which will electronically transmit a copy of said pleading to all counsel of record.  In addition, a copy of this pleading has been forwarded to counsel below via electronic mail:

 Taylor Buntin, Esq. (taylor@bridgforthbuntin.com)
 BRIDGFORTH & BUNTIN, PLLC
 5293 Getwell Road
 Southaven, MS  38672

 E. Todd Tracy, Esq. (ttracy@vehiclesafetyfirm.com)
 Stewart D. Matthews, Esq. (smatthews@vehiclesafetyfirm.com)
 Andrew G. Counts, Esq. (acounts@vehiclesafetyfirm.com)
 The Tracy Law Firm
 4701 Bengal Street
 Dallas, Texas 75235

**On this the 23rd day of February, 2018.**

          /s/ Robert A. Cox
          **ROBERT A. COX, ESQUIRE**