```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF MISSISSIPPI
 3                         OXFORD DIVISION
 4
 5  LOLITA PENNINGTON, INDIVIDUALLY AND AS
 6  REPRESENTATIVE OF THE ESTATE AND WRONGFUL
 7  DEATH BENEFICIARIES OF ANDRIANA HALL        PLAINTIFFS
 8  V.                       CIVIL ACTION NO. 3:16cv248-NBB-JMV
 9  SHARANJIT PARMAR, PARMAR TRUCKLINES,
10  UPS GROUND FREIGHT, INC., A/K/A
11  UNITED PARCEL SERVICE                       DEFENDANTS
12
13
14          VIDEO DEPOSITION OF DR. RALPH D. SCOTT
15     Held on Tuesday, January 9, 2018, at 10:13 a.m., in the
16  offices of Bridgforth & Buntin, PLLC, 5293 Getwell Road,
17  Southaven, Mississippi, at the instance of the Defendant, UPS
18  Ground Freight, Inc., a/k/a United Parcel Service
19
20  Appearances Noted Herein
21
22  Reported by:  Karen C. Popernik, MS CCR 1276, TN LCR 469
23
24
25  Huseby File No. 189006
```

www.huseby.com    Huseby, Inc. Regional Centers    80
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

EXHIBIT 4

```
 1  APPEARANCES:
 2  REPRESENTING THE PLAINTIFFS:
 3       TAYLOR BUNTIN, ESQUIRE
 4       Bridgforth & Buntin, PLLC
 5       5293 Getwell Road
 6       Southaven, Mississippi  38672
 7       662.393.4450
 8       Taylor@bridgforthbuntin.com
 9
10  REPRESENTING THE DEFENDANT, UPS GROUND FREIGHT, INC., A/K/A
11  UNITED PARCEL SERVICE:
12       RONNA D. KINSELLA, ESQUIRE
13       Glassman, Wyatt, Tuttle & Cox, P.C.
14       26 North Second Street
15       Memphis, Tennessee  38103
16       901.527.4673
17       Rkinsella@gwtclaw.com
18
19
20
21
22
23
24
25
```

1   A.   That's correct.
2   Q.   Are all of your opinions that you are going to talk
3   about in this case contained within that report?
4   A.   They are.
5   Q.   Okay.  Are all of the bases for your opinions
6   contained or -- contained or otherwise identified in that
7   report if you include the six exhibits that we've discussed
8   just a minute ago?
9   A.   Yes.
10  Q.   Okay.  Then I want to go ahead and mark the report
11  only and not the attached exhibits as Exhibit 1 to this
12  deposition.
13              (NOVEMBER 13, 2017, REPORT, WITH INCORRECT
14               SPELLING OF DECEDENT'S NAME, MARKED AS
15               EXHIBIT NO. 1, AND LATER RE-MARKED AS EXHIBIT A
16               BY AGREEMENT OF COUNSEL.)
17  Q.   Okay.  All right.  Now, in your folder that you
18  brought here today there are a series of some tables, looks
19  like four different tables.  Is that correct?
20  A.   Yes.  And that actually should be attached to what
21  we've referred to as --
22  Q.   Exhibit 1.
23  A.   -- as the modified report, yeah.
24  Q.   Okay.
25  A.   And you can maybe call this one 1 A?

```
 1              CERTIFICATE OF COURT REPORTER
 2       I, KAREN CARNELL POPERNIK, MS CCR 1276,
 3  TN LCR 469, Notary Public commissioned by the State of
 4  Mississippi, do hereby certify that the foregoing pages, and
 5  including this page, contain a true and correct transcript of
 6  the testimony of the witness, DR. RALPH D. SCOTT, as taken by
 7  me at the time and place heretofore stated, and later reduced
 8  to typewritten form to the best of my skill and ability; that I
 9  placed the witness under oath to truthfully answer all
10  questions in this matter by the authority vested in me by the
11  State of Mississippi and the State of Tennessee; that the
12  signature of the witness was expressly waived; and that I am
13  not in the employ of, or related to, any counsel or party in
14  this matter, and have no interest, monetary or otherwise, in
15  the final outcome of the proceeding.
16       Witness my signature and seal on this the 9th day of
17  January, 2018.
18  _____
19  
20  KAREN CARNELL POPERNIK,
21  MS CCR 1276, TN LCR 469
22  My Commission Expires:  3/5/20
23
24
25
```